May 3, 1977.

APPEAL NO. 76-101. GENERAL ELECTRIC COMPANY v. PAUL FORSELL & SON, INC. et al. The motion of Arthur A. Thovmasian, Jr., to withdraw as counsel for defendant is granted.

The motion of the plaintiff for an extension of time to file its brief is denied as moot, since the brief has already been filed. *Charles J. McGovern,* for plaintiff. *John E. Fornaro, Jr.,* for defendants.

APPEAL NO. 76-112. LUM REALTY v. STATEN ISLAND MOVING AND STORAGE. The motion of the plaintiff for an extension of time to file its brief is denied as moot, since the brief has already been filed. *Keenan, Rice, Dolan, Reardon & Kiernan, John W. Kershaw,* for plaintiff. *Gunning, LaFazia & Gnys, Inc., Richard T. Linn,* for defendant.

May 4, 1977.

M. P. NO. 77-131. WILLIAM H. BAILEY v. WILLIAM LAURIE et al. No cause having been shown why bail should not be revoked, the State's motion to revoke bail is granted. Bevilacqua, C. J., not participating. *John A. O'Neill, Jr.,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Seymour Posner,* Special Asst. Attorney General, for defendant.

May 9, 1977.

M. P. NO. 76-231. IN RE ROBERT BRYANT MCKAY. Petitioner's motion to withdraw his petition for habeas corpus is granted. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for petitioner.